UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J COLLETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>WYETH PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-01034-JD<br><br>**JUDGMENT** |

On defendants' motions to dismiss, plaintiff's second, third and fourth claims were dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(6), and plaintiff's first and fifth claims dismissed with prejudice under Rule 41(b).  Dkt. No. 107.

Pursuant to Rule 58, judgment is entered against plaintiff Raymond J Collette.

**IT IS SO ORDERED.**

Dated:  June 22, 2020

_____
JAMES DONATO
United States District Judge